The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KALVIN EJAH GOINS,

Defendant.

NO.    MJ24-537

COMPLAINT FOR VIOLATION
18 U.S.C. § 922 (g)(1)

BEFORE, the Honorable Brian A. Tsuchida, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of Firearms)

On or about August 15, 2024, in King County, within the Western District of Washington, KALVIN EJAH GOINS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    Two counts of *Assault in the Second Degree* and one count of *Unlawful Possession of a Firearm in the Second Degree,* in the Superior Court for Kitsap County, under case number 17-1-01050-1, on or about November 30, 2017; and

Complaint - 1
USAO No. 2024R00966

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      ii.    *Assault in the Second Degree,* in the Superior Court for King County, under case number 18-1-01005-1KNT, on or about October 12, 2018;

did knowingly possess, in and affecting interstate and foreign commerce, firearms that is: a black Glock Model 19, bearing serial number BYMM104 and a Windham Weaponry Model WW-15, with an obliterated serial number, which traveled in or affected interstate commerce.

All in violation of Title18, United States Code, Sections 922(g)(1).

The undersigned complainant, Michael J. Collier, being duly sworn, further deposes and states as follows:

### **AFFIANT BACKGROUND**

1. I am a Special Agent (SA) duly sworn and employed by the U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am assigned to the ATF Seattle Field Office. I have been an ATF Special Agent since December 13, 2009, responsible for investigating and enforcing violations of federal law. I am also a Certified Explosives Specialist (SACES).

2. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program, which are both located at the Federal Law Enforcement Training Center in Glynco, Georgia. I completed the ATF Digital Media Collection Specialist Training course and have conducted multiple forensic collections of data from multiple digital media and other electronic storage platforms. I have completed the ATF Certified Explosives Specialist (CES) program, and am responsible for explosive operations, arson investigations, explosive investigations, identifying explosive materials, and mitigating explosives found to be hazardous in nature. I have completed the International Association of Arson Investigators, Fire Investigation Technician Program

Complaint - 2
USAO No. 2024R00966

(FIT) and have been certified as a Fire Investigation Technician. Also, I have planned, supervised, and conducted multiple explosive recoveries and disposals as well as seizure of unlawful or improvised explosive materials. I received my Bachelor of Science degree in Psychology and a second degree in Criminal Justice from Towson University in Towson, Maryland. I obtained a Master of Science degree in Criminal Justice Administration from Columbia Southern University in Orange Beach, Alabama. I also obtained a Master of Science Graduate certificate in Explosives Engineering from Missouri University of Science and Technology in Rolla, Missouri. I also obtained a Doctor of Forensic Science from Oklahoma State University, in Stillwater Oklahoma.

3. I am responsible for investigations involving specified unlawful activities, to include violent crimes that occur in the Western District of Washington. I am also responsible for enforcing federal firearms, arson and explosives laws and related statutes in the Western District of Washington. I have actively participated in investigations of criminal activity, including but not limited to crimes against persons, crimes against property, narcotics-related crimes, and crimes involving the possession, use, theft, or transfer of firearms. During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating the commission of criminal violations. As a law enforcement officer, I have testified under oath, affirmed to applications of search and arrest warrants, and obtained electronic monitoring orders.

4. I make this Affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information gained from, but not limited to, the following sources: (1) investigation conducted by other law enforcement personnel, whose findings and observations have been reported to me either directly or indirectly; (2) statements of witnesses; (3) business and public records; and (4) law enforcement database inquiries.

Complaint - 3
USAO No. 2024R00966

5. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by other law enforcement officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are stated in substance, not verbatim, unless otherwise indicated.

6. Furthermore, my experience as a special agent forms a basis for the opinions and conclusions set forth below. Because this Affidavit is offered for the limited purpose of establishing probable cause that KALVIN EJAH GOINS committed the offense of unlawful possession of firearms, it does not contain all of the information that law enforcement possesses relative to this investigation. Dates and times provided herein are approximate.

7. This complaint is to be presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

## SUMMARY OF PROBABLE CAUSE

### A. Traffic stop in Seattle Washington on August 14, 2024

8. On this day, Seattle Police Department (SPD) Officers saw a vehicle reversed-parked on the sidewalk. The vehicle was on the sidewalk to the South of 12th Avenue and East Terrace Street, just a few blocks from Seattle University. Officers approached the vehicle and observed it was running with one person in the driver's seat.

9. The driver, Kalvin Ejah GOINS, responded confused and slow to respond to the officer's commands. Based on the training and experience of the officers, they suspected GOINS was driving under the influence (DUI). They detained GOINS and arrested him for DUI.

Complaint - 4
USAO No. 2024R00966

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10.    GOINS provided a false name to the officers. They told GOINS that the name he provided did not match his physical description. GOINS then provided his true name to the officers. GOINS' name came back flagged for a Washington Department of Corrections (DOC) arrest warrant for escape from community custody and showed that he was a convicted felon.

11.    Under SPD protocol, vehicles are typically towed after a driver is arrested for DUI—especially if the vehicle is unlawfully position, e.g., on a sidewalk. SPD protocol prior to a tow is to conduct an inventory search of the vehicle. Officers did that here. During the inventory search, they located a tan pistol magazine loaded with ammunition under the driver seat. At this point, the officers stopped the inventory search, towed the vehicle to the SPD processing room, and applied for a search warrant.

**B. Same day search warrant execution in the SPD processing room**

12.    Later that day, officers were granted a search warrant for the vehicle GOINS was driving, a 2018 Dodge Challenger (VIN/2C3CDZDJ0JH214769), that listed GOINS as the registered owner. The following items were seized by SPD from the vehicle:

- Gold (Tan) Glock Magazine containing 20, 9mm rounds from under the driver's seat;
- Black Glock 19 (#BYMM104) with an Orange Switch, with one 9mm round in the chamber from under the driver's seat;
- Black Extended Glock Magazine containing 30, 9mm rounds from under the driver's seat;
- Tan Extended Glock Magazine that was unloaded from a backpack in the trunk.
- AR-style firearm with, no Stock, loaded with a Magazine containing 30 .300 Blackout rounds from the trunk;
- Black Banana-style Rifle Magazine containing 39, 7.62 rounds from the trunk.
- Black Rifle Magazine containing 30, .300 Blackout rounds from the trunk; and
- A WA State Insurance Card bearing GOINS' name from the driver's side sun visor.

Complaint - 5
USAO No. 2024R00966

13.    SPD officers confirmed through law enforcement database that the GLOCK model 19 bearing serial number BYMM104 was reported stolen.

## C. Federal licensing check to see if Goins was a Special Occupational Taxpayer

14.    Six days later, an ATF agent requested records to check if GOINS had a Special Occupational Taxpayer (SOT) stamp. This stamp is a status given to a Federal Firearms Licensee who pays an additional tax for the privilege of manufacturing, importing, and possessing various National Firearm Association (NFA) devices. The ATF agent was notified that there was no record of GOINS applying, receiving or being part of an entity having a NFA SOT stamp.

## D. Criminal records showed that GOINS served over a year in custody

15.    An agent obtained GOINS criminal records which confirmed that he had previously served over a year of imprisonment. This was for the following crimes:

    i.    Two counts of *Assault in the Second Degree* and one count of *Unlawful Possession of a Firearm in the Second Degree,* in the Superior Court for Kitsap County, under case number 17-1-01050-1, on or about November 30, 2017; and

    ii.    *Assault in the Second Degree,* in the Superior Court for King County, under case number 18-1-01005-1KNT, on or about October 12, 2018;

## E. One of the firearms with GOINS had an obliterated serial number

16.    An agent examined the Windham Weaponry, model WW-15 seized from GOINS' vehicle. It did not have a readily identifiable serial number. Because the area required to be marked with the serial number was scratched off.

Complaint - 6
USAO No. 2024R00966

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970





**F. ATF firearms ammunition technology division preliminarily determined one of GOINS' firearms is a machine gun**

17.    Agents received a verbal preliminary report from an ATF Firearms Enforcement officer. The verbal report said that on one of the firearms GOINS had a "Glock Switch" style machinegun conversion device.

Complaint - 7
USAO No. 2024R00966

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



## G. Interstate Nexus determination

18.     Agents received a preliminary nexus report from a firearms interstate nexus expert regarding the firearms seized from GOINS. Based on the expert's training and experience the black GLOCK model 19, bearing serial number BYMM104 and the black Windham Weaponry model WW-15, with an obliterated serial number; were not manufactured in the state of Washington. Therefore, these firearms traveled in or affected interstate commerce.

19.     I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Complaint - 8
USAO No. 2024R00966

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CONCLUSION**

Based on the foregoing, I respectfully submit that there is probable cause to believe that KALVIN EJAH GOINS committed the above-referenced offenses.

MICHAEL COLLIER
Digitally signed by MICHAEL COLLIER
Date: 2024.08.29 14:46:21 -07'00'

MICHAEL J. COLLIER
Special Agent, ATF

The above agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit.  Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 29th day of August 2024.

The Honorable Brian A. Tsuchida
United States Magistrate Judge

Complaint - 9
USAO No. 2024R00966